TM

AO 440 (Rev. 8/01) Summons in a Civil Action Skyz the Limit

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

NATALE FRONTINO

V.

H.R.M., Inc. and Marine Rescue Service, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 - 85 ML

TO: (Name and address of Defendant)

Marine Rescue Service, Inc.
60 Reynolds Street
Wickford, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA. 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/23/06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3 8 06 |
| NAME OF SERVER (PRINT) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-8-06
Date

Richard Bourque
*Signature of Server*

Richard A. Bourque
Constable, # 6013
*Address of Server*

FILED
2006 MAR 20 A 10:40
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.