UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATALE FRONTINO,
Plaintiff(s)

v.

Dkt. No. 06-00085

H.R.M., Inc., et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Defendant H.R.M., Inc., and Marine Rescue Services, Inc. hereby moves that John K. Fulweiller, Jr. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Defendant) H.R.M., Inc. and Marine Rescue Services, Inc.
By: Michael J. Daly, Esq.
Bar ID No.: 6729
Address: Vetter & White
20 Washington Place
Providence, RI 02903
mdaly@vetterandwhite.com

DATED: March 27, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of (see attached) and of the following Federal District Court and/or Court of Appeals Bar(s) ______, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

*Foley v. Loeb*, et al., 06-CV-00053-ML-LDA., Application filed March 2, 2006. It is coincidence that two suits have arisen at nearly the same time and necessitating my seeking pro hac vice admission. I have never before sought admission pro hac vice to this Court, and do not intend to make a routine practice. Further, I intend to sit for the Rhode Island Bar in the Summer, 2006

Form 1 (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

John K. Fulweiller, Jr., #JF-8471

Print Name State Bar ID #

DeOrchis & Partners, LLP

Firm Name

61 Broadway - 26th Floor

Business Address

New York, NY 10006-2802

(212) 344-4700 (212) 422-5299

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Michael J. Daly, Esq., #6729

Print Name R.I. Bar ID #

Vetter & White

Firm and Business Address

20 Washington Place

Providence, RI 02903

Tel. # (401) 421-3060 Fax # (401) 272-6803

## ORDER

This motion is hereby ______________________

______________________

District Judge

Date:

**EXHIBIT A**

**Bar Admissions of John K. Fulweiller, Jr.**

State Bar Admissions: Arkansas, Florida, New York, and New Jersey,

Federal District Court Admissions: Southern and Eastern Districts of New York, Southern District of Florida, District of New Jersey and District of Connecticut

Certification

I hereby certify that on this 27th day of March, 2006, I served a true and accurate copy of the foregoing motion for pro hac vice admission upon Robert E. Collins, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, by first-class, postage prepaid mail.