UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN ADMIRALTY

NATALE FRONTINO,

Plaintiff,

C.A. No. 06-85/ML

vs.

H.R.M., INC., and MARINE RESCUE SERVICES, INC.,

Defendants.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendants H.R.M., Inc. and Marine Rescue Services, Inc. (private non-governmental entities) certifies that the following are corporate parents, affiliates, or subsidiaries of said parties, which are publicly held: NONE.

Michael J. Daly

Benjamin V. White, Esq., No.
Michael J. Daly, Esq., No. 6729
Vetter & White
20 Washington Place
Providence, RI 02903
Tel.: (401) 421-3060
Fax: (401) 272-6803
mdaly@vetterandwhite.com
bwhite@vetterandwhite.com

March 27, 2006

Of counsel:
John Fulweiler, Esq., Pro hac vice motion pending
DeOrchis and Partners
New York, New York

Certification

I hereby certify that on this 27th day of March, 2006, I served a true and accurate copy of Defendants' Rule 7.1 Statement upon Robert E. Collins, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, by first-class, postage prepaid mail.

________________________________