UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATALE FRONTINO,

Plaintiff,

C.A. No. 06-85/ML

vs.

H.R.M., INC., and MARINE RESCUE SERVICES, INC.,

Defendants.

**ENTRY OF APPEARANCE**

Now come Benjamin V. White and Michael J. Daly and hereby enter their appearances on behalf of defendants H.R.M., Inc. and Marine Rescue Services, Inc. in the above-captioned matter. Pursuant to LR Gen 206(c)(1), Michael Daly may be designated as attorney to receive notices served to counsel at Vetter & White.

Benjamin V. White, No. 1652
Michael J. Daly, No. 6729
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: March 27, 2006

Certification

I hereby certify that on this 27th day of March, 2006, I served a true and accurate copy of the foregoing upon Robert E. Collins, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108, by first-class, postage prepaid mail.

Michael J. Daly