UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN ADMIRALTY

NATALE FRONTINO,

Plaintiff,

v.

C.A. No. 06-85/ML

H.R.M., INC., and MARINE RESCUE SERVICES, INC.,

Defendants.

**DECLARATION OF JOHN D. ANDREWS**

John D. Andrews hereby declares under penalty of perjury as follows:

1. I am an officer of H.R.M., Inc., and am fully familiar with the facts of this lawsuit. I make this declaration based on personal knowledge.

2. Attached hereto as Exhibit "A" is a true, accurate, and complete copy of the Standard Form Marine Salvage Contract signed by Plaintiff Natale Frontino and relating to the salvage services provided to the M/V SKYZ THE LIMIT on July 8, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2006.

John D. Andrews
Wickford, Rhode Island