**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-85-ML**

**NATALE FRONTINO,**
**Plaintiff**

**VS.**

**H.R.M., INC., and**
**MARINE RESCUE SERVICE, INC.**
**Defendants**

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the Plaintiff, Natale Frontino, in the above-entitled action, by and through his undersigned counsel, Clinton & Muzyka, P.C., and moves this Honorable Court to Amend his Complaint.

This matter involve the Declaratory Judgment brought before this Honorable Court to contest the enforceability of a marine salvage contract and an arbitration clause contained within that contract. The defendant has moved to dismiss the Complaint on the basis that it does not specifically allege that the arbitration clause itself was entered into under duress and is unenforceable. The plaintiff moves this Honorable Court to amend his complaint to make clear that it maintains that the arbitration clause itself was entered into under duress, misrepresentation and/or is unfair and unenforceable. *Three Valleys Municipal Water District v. E.F. Hutton & Company, Inc*. 925

F.2nd 1136 (9th Cir. 1991).

Rule 15(a) encourages the court to look favorably on a request to amend and indicates that "leave shall be freely given when justice is required,." *Foman v. Davis*, 371 U.S. 178 (1962), especially to correct pleadings after the filing of a Motion to Dismiss. *Triplett v. LeFlore County Oklahoma*, 712 F.2nd 444 (10th Cir. 1983). In the case at bar, it is early in the litigation, no discovery has been performed and defendant has filed a Motion to Dismiss on the basis that the Complaint does not sufficiently allege that the arbitration agreement was entered into under duress and/or misrepresentation. The Motion to Amend is to correct this alleged oversight.

**WHEREFORE**, the plaintiff prays this Honorable Court grant his Motion to Amend the Complaint. A copy of the proposed Amended Complaint is attached hereto for the court's review.

Respectfully Submitted,
By his attorneys,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 4-18-06