UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Robert E. Collins, Esq.

RE: CA 06-085ML

Natale Frontino v. H.R.M., Inc., et al.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on____/____/____ and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

__X__ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:__________

ENTER:

United States Magistrate Judge

Date: 4/21/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 06-85-ML

NATALE FRONTINO,
Plaintiff

RECEIVED
APR 19 2006
Property of U.S. District Court
District of Rhode Island

VS.

H.R.M., INC., and
MARINE RESCUE SERVICE, INC.
Defendants

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STAY AND COMPEL ARBITRATION**

Now comes the Plaintiff, Natale Frontino, in the above-entitled action, by and through his undersigned counsel, Clinton & Muzyka, P.C., and submits his Opposition to Defendant's Motion to Dismiss or, Alternatively, Motion to Stay and Compel Arbitration.

## I. THE CLAIM

This matter involves a claim for contract salvage services provided by H.R.M., Inc. on July 8, 2005 at Great Salt Pond on Block Island, Rhode Island. The assured agreed to the salvage services and signed the salvage agreement for a consideration of 15% of the insured value {$19,125.00]