UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATALE FRONTINO,

Plaintiff,

C.A. No. 06-85/ML

vs.

H.R.M., INC., and MARINE RESCUE SERVICES, INC.,

Defendants

**ORDER**

This matter having come before the Court on May 12, 2006, the Honorable Mary M. Lisi presiding, on defendants' Motion to Dismiss or, in the alternative, Motion to Stay and Compel Arbitration and plaintiff's Motion to Amend the Complaint; and this Honorable Court having studied the parties' written submissions and heard oral argument from the parties' attorneys, it is hereby:

ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss is GRANTED.
2. Defendants' Motion to Stay and Compel Arbitration is MOOT.
3. Plaintiff's Motion to Amend the Complaint is DENIED.

ENTER:

Mary M. Lisi
MARY M. LISI
UNITED STATES DISTRICT JUDGE

ORDERED:

Barbara Barletta
Clerk

DATED:

May 22, 2006

Presented by the undersigned counsel, who states that no party objects to the form of this proposed order.

Michael J. Daly, Esq., #6729
VETTER & WHITE,
Attorneys for Defendants,
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
FAX (401) 272-6803
mdaly@vetterandwhite.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2006, I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Order to Robert E. Collins, Esq., Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108.