# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**NATALE FRONTINO**

**VS.** **CA 06-85ML**

**H.R.M., INC. and MARINE RESCUE SERVICES, INC.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Defendants, H.R.M., Inc. And Marine Rescue Services, Inc., against the Plaintiff,, Natale Frontino, pursuant to the Order dated May 22, 2006 GRANTING the Defendants' Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: May 23, 2006